

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00066-CR

## IN RE LOWELL QUINCY GREEN

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petitions for writ of mandamus is denied.[1]

AL SCOGGINS
Justice

---

[1] Relator's petition for writ of mandamus lack proof of service on any of the parties listed in his petition. *See* TEX. R. APP. P. 52.2. A copy of all documents presented to the Court must be served on all parties and must contain proof of service. *Id.* at R. 9.5. Here, relator has not provided a certificate of service indicating that he has served his petition on the respondents. However, to expedite these matters, we invoke Texas Rule of Appellate Procedure 2 to suspend the service requirement. *Id.* at R. 2.

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied
Opinion delivered and filed March 22, 2017
[OT06]

